IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARQUIS DESHAWN HUNT** **PLAINTIFF**
ADC #137185

v.          CASE NO. 4:24-CV-01137-BSM

**TRENTON BEHNKE, et al.**          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE